IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br>     Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION;<br>CAPITAL ONE BANK (USA), N.A.; CAPITAL<br>ONE, N.A.,<br>     Defendants. | Civil Action No. 1:14-cv-00425-SLR<br><br>**MOTION TO DISMISS PURSUANT TO<br>FED. R. CIV. P. 41(a)(2)**<br><br>Judge Sue L. Robinson |
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br>     Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC CAPITAL<br>CORPORATION,<br>     Defendant. | Civil Action No. 1:14-cv-00529-SLR<br><br>**MOTION TO DISMISS PURSUANT TO<br>FED. R. CIV. P. 41(a)(2)**<br><br>Judge Sue L. Robinson |
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br>     Plaintiff,<br><br>v.<br><br>TRADEKING GROUP, INC.,<br>     Defendant. | Civil Action No. 1:14-cv-00530-SLR<br><br>**MOTION TO DISMISS PURSUANT TO<br>FED. R. CIV. P. 41(a)(2)**<br><br>Judge Sue L. Robinson |

**MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(2)**

Plaintiff Joao Bock Transaction Systems, LLC ("Plaintiff" or "JBTS") hereby responds to this Court's Order to Show Cause (Dkt. No. 32), and respectfully moves this Honorable Court to dismiss without prejudice the above-captioned proceedings pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 11, 2016

*Attorneys for*
*Plaintiff Joao Bock Transaction Systems, LLC*

|  |  |
|---|---|
| **STAMOULIS & WEINBLATT LLC** | */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis #4606<br>     stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>     weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, Delaware  19809<br>Telephone: (302) 999-1540 |
| **INSIGHT, PLC** | Steven W. Ritcheson, *Pro Hac Vice*<br>     Email: swritcheson@insightplc.com<br>9800 D Topanga Canyon Boulevard, #347<br>Chatsworth, California 91311<br>Telephone:  (818) 882-1030 |
| **HENINGER GARRISON DAVIS, LLC** | Jacqueline K. Burt, *Pro Hac Vice*<br>     Email: JBurt@hgdlawfirm.com<br>Jonathan R. Miller, *Pro Hac Vice*<br>     Email: jmiller@hgdlawfirm.com<br>3621 Vinings Slope, Suite 4320<br>Atlanta, Georgia  30339<br>Telephone:  (404) 996-0861, 0862, 0863<br><br>Maureen V. Abbey, *Pro Hac Vice*<br>     Email: maureen@hgdlawfirm.com<br>220 St. Paul Street<br>Westfield, New Jersey 07090<br>Telephone:  (908) 379-8475 |

IT IS HEREBY ORDERED that the above-captioned cases are all dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Date: April   , 2016

_____
Sue L. Robinson, D.J.